NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                         )
                                          )
            Petitioner,                   )
                                          )
v.                                        )        Case No. 2D14-3823
                                          )
SEAN MICHAEL RODRIGUEZ,                   )
                                          )
            Respondent.                   )
_____)

Opinion filed October 30, 2015.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; James Shenko,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Dawn A. Tiffin, Assistant
Attorney General, Tampa, for Petitioner.

Howard L. Dimmig, II, Public Defender, and
Lisa Lott, Assistant Public Defender,
Bartow, for Respondent.

PER CURIAM.

          Dismissed for lack of jurisdiction.  See LaFave v. State, 149 So. 3d 662

(Fla. 2014).

NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.